## Cannon v. The State.

Appeal from the Circuit Court of Pike.
Tried before the Hon. J. W. Foster.

No counsel marked as appearing for appellant.

Charles G. Brown, Attorney-General, for the State.

The appellant was indicted, tried and convicted for murder and sentenced to the penitentiary for life. The judgment of conviction is affirmed, no bill of exceptions appearing and there being no questions reserved for the consideration of this court.